UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND WILLIAMS and ALAN MICHAEL LARRECOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CAMPUS, LLC., a Delaware limited liability company; YOSEMITE HOSPITALITY, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-00291-ADA-EPG<br><br>ORDER APPROVING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 13) |

This matter is before the Court on the parties' stipulation for Plaintiffs to be granted leave to file a second amended complaint, for the pending motion to dismiss to be denied as moot, and for Defendants to have 21 days from the entry of this order to file a response. (ECF No. 13).

Based on the parties' stipulation, IT IS ORDERED as follows:

1. The parties' stipulation (ECF No. 13) is approved.
2. Plaintiffs are granted leave to file their second amended complaint, which has already been filed on the docket. (ECF No. 12).
3. Defendants' motion to dismiss (ECF No. 8) is denied as moot.

4. Defendants shall file their response to the second amended complaint within twenty-one (21) days of the date on which the Court enters this Order.

IT IS SO ORDERED.

Dated: **April 12, 2023**   /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE