1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAND WILLIAMS and ALAN MICHAEL LARRECOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK CAMPUS, LLC., a Delaware limited liability company; YOSEMITE HOSPITALITY, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:23-cv-00291-NODJ-EPG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DOCUMENT TO FACILITATE DISPOSITITION OF CASE**<br><br>(ECF No. 25). |

1

1   Plaintiffs Armand Williams and Alan Michael Larrecou ("Plaintiffs") and Defendants
2   Aramark Campus, LLC and Yosemite Hospitality, LLC ("Defendants") (collectively with
3   Plaintiffs, the "Parties") by and through their counsel of record hereby stipulate and agree as
4   follows ("Stipulation"):
5   On November 7, 2023, the parties filed a joint status report informing this court that they had
6   reached a settlement in principle. The Court set a deadline of December 7, 2023 for the parties to file
7   a document to facilitate the disposition of this case or a joint status report regarding the status of
8   settlement efforts and how they intended to proceed.
9   On December 7, 2023, in response to the Court's concern that Court approval may be
10  necessary should the Parties attempt to settle any class or collective claims, the Parties filed a joint
11  status report indicating that there are no Rule 23 class action claims pending in this case, and the
12  Parties would file a joint stipulation seeking approval from the Court with respect to the settlement
13  of Plaintiffs' individual FLSA and PAGA claims. The Court set a new deadline of January 8, 2023
14  Since the last status conference the Parties have continued to meet and confer in order to draft
15  finalize the settlement agreements for Plaintiffs' individual FLSA and individual PAGA claims. The
16  Parties anticipate that the settlement agreements will be executed within the next two weeks.
17  The Parties therefore stipulate and agree to extend the deadline to file documents facilitating
18  the disposition of this case two weeks to January 22, 2024 in order for the parties to finalize and
19  execute the settlement agreements and prepare a joint stipulation for the Court seeking settlement
20  approval with respect to Plaintiffs individual FLSA and individual PAGA claims.
21  **IT IS SO STIPULATED.**
22  ///
23  ///
24  ///

DATED: January 9, 2024				MORGAN, LEWIS & BOCKIUS LLP


						By: /s/Eric Meckley
							Eric Meckley
							Attorneys for Defendants ARAMARK
							CAMPUS, LLC and YOSEMITE
							HOSPITALITY, LLC

DATED: January 9, 2024				JAMES HAWKINS APLC


						By: /s/Christina Lucio
							James R. Hawkins
							Christina M. Lucio
							Attorneys for Plaintiffs Armand Williams and
							Alan Michael Larrecou

**ORDER**

Upon review of the parties' stipulation (ECF No. 25), the Parties' deadline to file a document facilitating disposition of the case is extended to January 22, 2023.[1]

IT IS SO ORDERED.

Dated: **January 9, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

1. The parties are reminded that, if they believe that Court approval of their settlement is not required, they shall provide developed argument and specific legal citation to support their position. (*See* ECF No. 24). Likewise, if they believe that the class and collective claims are no longer pending, they shall explain to the Court how this is so, including citation to the record.

4